# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO RIEL, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:10-cv-00974-RLH-PAL<br>) |
| vs. | ) **ORDER**<br>) |
| TIMOTHY ROBERT CUNNINGHAM, LLC., *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the court on the parties' Stipulation and Order to Extend Discovery Plan and Scheduling Order Deadlines (First Request) (Dkt. #11). In it, the parties have requested a 60-day extension of the discovery cutoff to March 31, 2011, as well as extensions of other deadlines. The court has reviewed the stipulation and finds that it does not state good cause for the extension. As such,

**IT IS ORDERED** the parties' proposed Stipulation and Order to Extend Discovery Plan and Scheduling Order Deadlines (Dkt. #11) is **DENIED**, and the existing Discovery Plan and Scheduling Order dates shall apply.

Dated this 1st day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge