# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO RIEL and NIEVES RIEL, | )<br>) |
| Plaintiffs, | ) Case No. 2:10-cv-00974-PAL-PAL<br>) |
| vs. | ) **ORDER**<br>) |
| TIMOTHY ROBERT CUNNINGHAM, *et al.*, | ) Request for Exemption (#33)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Defendants' Request for Exception from Attendance at the Settlement Conference (#33), filed April 13, 2011.

Defendants seek leave for the representative of Badger Express, LLC, Badger Logistics, LLC and Timothy Cunningham to be excused from appearing at the settlement conference scheduled for May 11, 2011 as the defendants reside in Wisconsin. (*Id.*) Defendants state that their appearance is not necessary as a representative of Great West Casualty Company will be in attendance and is vested with full settlement authority. Upon review and consideration, the Court finds that Defendants Badger Express, LLC, Badger Logistics, LLC and Timothy Cunningham have shown good cause to be exempted from appearing at the settlement conference. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Request for Exception from Attendance at the Settlement Conference (#33) is **granted**.

DATED this 29th day of April, 2011.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE